AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| VIRGINIA SAMPSON - CBS No. 206129<br>GREENBAUM LAW GROUP LLP<br>840 Newport Center Drive<br>Suite 720<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-760-1400   FAX NO.: 949-760-1400<br>ATTORNEY FOR *(Name)*: David Harrison Mediation, LLC | **FILED**<br>MAY 2 1 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| NAME OF COURT: United States District Court of Califor<br>STREET ADDRESS: 450 Golden Gate Ave.<br>MAILING ADDRESS: 450 Golden Gate Ave.<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Northern District | |
| PLAINTIFF: DAVID HARRISON MEDIATION, LLC, a Michigan Limited Liability Corporation<br>DEFENDANT: ALLDORM, INC., a Nevada Corporation | |

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: 06-80239 |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor   [X] Third Person | ~~1:04-CV-0518~~ MISC-PJH |

### ORDER TO APPEAR FOR EXAMINATION

1. TO *(name)*: THOMAS UNGER
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [X] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: **August 15, 2007**   Time: **9:30 a.m.**   Dept. or Div.: **Ctrm**   Rm.: **F** |
|---|
| Address of court [X] shown above [ ] is: 450 Golden Gate Avenue, San Francisco, CA 94102 |

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person *(name)*:

Date: 5-21-07

*(signature)*
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: THOMAS UNGER   to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [ ] the judgment debtor
   [X] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 05/09/07

VIRGINIA SAMPSON
(TYPE OR PRINT NAME)   (Continued on reverse)   (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER**
**FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)


Legal Solutions Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120