AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| VIRGINIA SAMPSON - CSB No. 206129<br>GREENBAUM LAW GROUP LLP<br>840 Newport Center Drive<br>Suite 720<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-760-1400   FAX NO.: 949-760-1400<br>ATTORNEY FOR (Name): David Harrison Mediation, LLC | **FILED**<br><br>MAY 21 2007<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

NAME OF COURT: United States District Court of California
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District

PLAINTIFF: DAVID HARRISON MEDIATION, LLC, a Michigan Limited Liability Corporation
DEFENDANT: ALLDORM, INC., a Nevada Corporation

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: 06-80239 |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor    [ ] Third Person | ~~1:04-CV-0518~~ MISC-PJH |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): RYAN GARMAN, PRESIDENT OF ALLDORM, INC., a Nevada Corporation
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [x] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: **August 15, 2007**   Time: **9:30 a.m.**   Dept. or Div.: **15th Flr**   Rm.: **Ctrm F**
Address of court [ ] shown above [ ] is: **450 GOlden Gate Avenue, San Francisco, CA 94102**

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 5-21-07

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [x] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): RYAN GARMAN, PRESIDENT OF ALLDORM, INC.   to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.   a Nevada   Corporation
5. The person to be examined is
   [x] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 05/09/2007

VIRGINIA SAMPSON
(TYPE OR PRINT NAME)           (Continued on reverse)           (SIGNATURE OF DECLARANT)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment-Enforcement of Judgment) |  | Code of Civil Procedure<br>§§ 491.110, 708.110, 708.120 |